JAMES HENRY RUSSELL *v.* STATE OF INDIANA

[No. 3-676A129. Filed July 27, 1978. Rehearing denied September 1, 1978. Transfer granted December 15, 1978.]